October 13, 1911.) Proceeding by the People of the State of New York against Luigi Parmigiani. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. R. F. STEVENS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Proceeding by the People of the State of New York against the R. F. Stevens Company. (Action No. 1.) No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PEOPLE, Respondent, v. R. F. STEVENS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Proceeding by the People of the State of New York against the R. F. Stevens Company. (Action No. 2.) No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PEOPLE, Respondent v. ROBERTS, Appellant. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Proceeding by the People of the State of New York against Edward J. Roberts. H. J. Goldsmith, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. RODENBERG. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Proceeding by the People of the State of New York against Philip Rodenberg. No opinion. Motion granted. Order filed.

---

PEOPLE v. SANTANIELLO. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People against Amato Santaniello. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. SIDDERS, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Proceeding by the People of the State of New York against Rose Sidders.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed.

JENKS, P. J., dissents.

---

PEOPLE v. WIGGER. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against John Wigger. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. WULFORST, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Proceeding by the People of the State of New York against John Wulforst. J. C. Van Siclen, for appellant. R. S. Johnstone, for respondent. PER CURIAM. Judgment affirmed. Order filed.

LAUGHLIN, J., dissents.

---

PEOPLE, Respondent, v. ZENRA, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Proceeding by the People of the State of New York against Demetrio Zenra (otherwise called Luigi Fogia). No opinion. Judgment of conviction affirmed.

---

PEOPLE ex rel. BOGART, Appellant, v. PRESIDING JUSTICE AND ASSOCIATE JUSTICES OF SUPREME COURT, SECOND DEPARTMENT, Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Proceeding by the People of the State of New York, on the relation of Mary C. Bogart, against the Presiding Justice and Associate Justices of the Supreme Court, Second Department. F. J. Dupignac, for appellant. R. H. Wilson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. CONSOLIDATED GAS CO. OF NEW YORK, Respondent, v. WOODBURY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Proceeding by the People of the State of New York, on the relation of the Consolidated Gas Company of New York, against Egburt E. Woodbury and others; City of New York, intervener. (Assessment of 1910.) R. P. Beyer, for appellants. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. COOPER v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Proceeding by the People of the State of New York, on the relation of George P. Cooper, against William F. Baker, as Police Commissioner of the City of New York.

PER CURIAM. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

WOODWARD, J., dissents.

---

PEOPLE ex rel. DELAWARE, L. & W. R. CO. et al., Appellants, v. STATE BOARD OF TAX COM'RS et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Proceeding by the People of the State of New York, on the relation of the Delaware, Lackawanna & Western Railroad Company and another, against the State Board of Tax Commissioners and the City of Buffalo.

PER CURIAM. Motion granted as to the state board of tax commissioners, and denied as to the city of Buffalo. See, also, 134 App. Div. 765, 119 N. Y. Supp. 260.

HOUGHTON, J., not sitting.